UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| KELLIE PLACE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLLECTCORP CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-CV-40168-FDS |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this case, with prejudice.

COLLECTCORP CORP.
By its attorney,


/s/ Steven S. Broadley
Steven S. Broadley, BBO#542305
Posternak, Blankstein & Lund, LLP
800 Boylston Street, 33rd Floor
Boston MA  02199
(617)973-6100

KELLIE PLACE
By her attorney,


/s/Joel Feldman
Joel Feldman, BBO#552963
Heisler, Feldman, McCormick & Garrow, P.C.
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988